UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 31144
   DENNIS J SZYMANIAK
   ALISON L SZYMANIAK                     CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-9791    SSN XXX-XX-8240
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/20/04 and confirmed on 10/28/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 13310.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | 5750.00 | 489.60 | 5750.00 |
| BECKET & LEE LLP | UNSECURED | 1970.21 | .00 | 197.02 |
| BECKET & LEE LLP | UNSECURED | 483.38 | .00 | 48.34 |
| ROUNDUP FUNDING LLC | UNSECURED | 534.50 | .00 | 53.45 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12570.45 | .00 | 1257.05 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 360.52 | .00 | 36.05 |
| CAPITAL ONE FINANCIAL | UNSECURED | 724.24 | .00 | 72.42 |
| CAPITAL ONE FINANCIAL | UNSECURED | 465.25 | .00 | 46.53 |
| CAPITAL ONE FINANCIAL | UNSECURED | 2097.61 | .00 | 209.76 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1346.72 | .00 | 134.67 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | 1908.12 | .00 | 190.81 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3428.36 | .00 | 342.84 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| NEW YORK & CO | UNSECURED | NOT FILED | .00 | .00 |
| NEW YORK & CO | UNSECURED | NOT FILED | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 266.32 | .00 | 26.63 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 363.65 | .00 | 36.37 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 867.28 | .00 | 86.73 |
| GMAC PAYMENT CENTER | UNSECURED | 921.64 | .00 | 92.16 |
| CREDIT CARD SERVICES | UNSECURED | 1109.54 | .00 | 110.95 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5356.78 | .00 | 535.68 |
| ROUNDUP FUNDING LLC | UNSECURED | 2454.85 | .00 | 245.49 |

Summary of disbursements:

```
--------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  5750.00           .00     37229.42           .00      42979.42
PRINCIPAL PAID      5750.00           .00      3722.95           .00       9472.95
INTEREST PAID        489.60           .00           .00           .00        489.60
TOTAL PAID          6239.60           .00      3722.95           .00       9962.55
```

The Debtor's attorney, GREENBERG & ASSOC             , was allowed $   2700.00
and was paid $    200.00  direct and $   2500.00  through the plan.

The Trustee received $    538.05 .

Refunds to the Debtor totaled $    309.40 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/08/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 04 B 31144 DENNIS J SZYMANIAK & ALISON L SZYMANIAK